IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM HACKNEY, | ) Case No. C 15-4309 PSG (PR) |
| Plaintiff, | ) **ORDER OF TRANSFER** |
| v. | ) |
| CALIFORNIA HEALTH CARE FACILITY, et al., | ) |
| Defendants. | ) |

On September 21, 2015, William Hackney, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officials of California Health Care Facility. The events complained of occurred at California Health Care Facility, which is located in San Joaquin County. Because San Joaquin County lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.[1]

Accordingly, this case is TRANSFERRED to the Eastern District of California.[2] The Clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED: 10/14/2015

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* 28 U.S.C. § 1391(b).

[2] *See* 28 U.S.C. § 1406(a).

Case No. C 15-4309 PSG (PR)
ORDER OF TRANSFER